In re SHWEITZER. (Circuit Court of Appeals, Second Circuit. November 14, 1900.) Appeal from the District Court of the United States for the Southern District of New York. Motion for the allowance of an appeal. L. J. Morrison, for the motion. Joseph F. Peadue, opposed.

PER CURIAM. It seems to be entirely clear upon the conceded facts that no appeal from the judgment of the district court denying discharge was taken within the proper time. Section 25 of the bankruptcy act provides that "appeals, as in equity cases, may be taken in bankruptcy proceedings from the courts of bankruptcy to the circuit court of appeals of the United States: * * * (2) From a judgment granting or denying a discharge. * * * Such appeal shall be taken within ten days after the judgment appealed from has been rendered." Rule 36 of the general rules in bankruptcy (32 C. C. A. xxxvi.; 89 Fed. xiv.) is as follows: "Appeals from a court of bankruptcy to a circuit court of appeals, or to the supreme court of a territory, shall be allowed by a judge of the court appealed from or of the court appealed to, and shall be regulated, except as otherwise provided in the act, by the rules governing appeals in equity in the courts of the United States." It is elementary law that the time to appeal, thus limited by statute, cannot be extended by the court. Within the 10 days a notice of appeal in the form used in the state courts was served on the attorney for creditors and filed in court; but at no time within such 10 days was there any petition of appeal presented to the court or judge, or allowed, or filed, or any citation presented, or signed, or allowed, or filed, or any bond prepared, or presented, or approved, or filed, or any assignment of errors filed. Whatever may have been held as to the effect of a failure to take one or more of these steps, all of which are required by statute or rule, it is quite manifest that, where all of them are lacking, there has been no appeal.

---

SMITH v. WELLS, FARGO & CO. (Circuit Court of Appeals, Ninth Circuit. October 1, 1900.) No. 590. In Error to the Circuit Court of the United States for the Southern District of California. C. N. Sterry, for plaintiff in error. E. S. Pillsbury, for defendant in error. Upon motion of E. S. Pillsbury, cause dismissed. See 96 Fed. 375.

---

SOUTHWESTERN COAL & IMPROVEMENT CO. et al. v. McBRIDE et al. (Circuit Court of Appeals, Eighth Circuit. October 24, 1900.) No. 1,386. Appeal from the United States Court of Appeals in the Indian Territory. Clifford L. Jackson and Joseph M. Bryson, for appellants. G. A. Pate, Yancey Lewis, and J. H. Gordon, for appellees.

CALDWELL, Circuit Judge. The only question in this case was decided by the court in the case of Mining Co. v. Adams, 104 Fed. 471; and on the authority of that case the judgment of the United States court of appeals for the Indian Territory, and the judgment of the United States court for the Central district of the Indian Territory, in this case, are affirmed.